| | |
|---|---|
| 1 | ROBBINS ARROYO LLP |
| | BRIAN J. ROBBINS (190264) |
| 2 | KEVIN A. SEELY (199982) |
| | ASHLEY R. RIFKIN (246602) |
| 3 | LEONID KANDINOV (279650) |
| 4 | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| 5 | Telephone: (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| 6 | brobbins@robbinsarroyo.com |
| 7 | kseely@robbinsarroyo.com |
| | arifkin@robbinsarroyo.com |
| 8 | lkandinov@robbinsarroyo.com |
| 9 | Attorneys for Plaintiffs |
| 10 | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON DUMAS and EUGENE BUNER, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | Case No.: 3:15-cv-01681-BTM-BLM <br><br> <u>Class Action</u> <br><br> NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiffs, | ) ) | |
| v. | ) ) | Complaint Filed: July 29, 2015 |
| DIAGEO PLC and DIAGEO–GUINNESS USA INC., | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Aaron
2  Dumas and Eugene Buner individually and on behalf of others similarly-situated,
3  hereby dismiss without prejudice all claims or causes of action against all
4  defendants in this action.  Each party has agreed to bear its own attorneys' fees and
5  costs.

Dated: April 21, 2016

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
ASHLEY R. RIFKIN
LEONID KANDINOV

*s/ Ashley R. Rifkin*
ASHLEY R. RIFKIN

600 B Street, Suite 1900
San Diego, CA  92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
arifkin@robbinsarroyo.com
lkandinov@robbinsarroyo.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ak@kazlg.com

HYDE & SWIGART
JOSHUA B. SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com

Attorneys for Plaintiffs

1096056